# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PF LAZOR, | 1:08-cv-00331 OWW DLB HC |
| Petitioner, | ORDER VACATING ORDER ADOPTING FINDINGS AND RECOMMENDATION AND ENTRY OF JUDGMENT, AND GRANTING PETITIONER THIRTY DAYS TO FILE OBJECTIONS |
| v. | |
| MIKE KNOWLES, Warden | [Docs. 7, 8, 11] |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 25, 2008, the Court dismissed the petition for writ of habeas corpus because it did not contain any cognizable claims. (Court Doc. 7.) Judgment was entered on April 28, 2008. (Court Doc. 8.)

    On May 1, 2008, Petitioner filed a motion for an extension of time to file objections. (Court Doc. 9.) On May 12, 2008, the Court issued an order disregarding Petitioner's request for an extension of time to file objections as moot because the case had already been dismissed. (Court Doc. 10.)

    Now pending before the Court is Petitioner's motion to vacate the order dismissing the petition. (Court Doc. 11.) Petitioner states that his efforts to send the timely motion for an extension of time was thwarted by prison officials. Specifically, he states that beginning on or about April 4, 2008, he tried to present his motion on several different occasions to prison

1

officials but it was refused each time. As a result, the motion was ultimately filed untimely. Petitioner requests the Court vacate the order dismissing the case and allow him thirty days to file objections to the Findings and Recommendation.

    Based on Petitioner's contention, and in the interest of justice, Petitioner's motion to vacate the judgment shall be GRANTED, and the Court will allow Petitioner the opportunity to file objections.

    Accordingly, it is HEREBY ORDERED that:

1. The Court's order issued April 28, 2008, adopting the Findings and Recommendation in full, and entry of judgment (Court Documents 7, 8), are hereby VACATED; and,

2. Within thirty (30) days from the date of service of this order, Petitioner may file objections to the Findings and Recommendation issued March 14, 2008 (Court Document 4).

IT IS SO ORDERED.

**Dated:   July 7, 2008**                                   /s/ Oliver W. Wanger
                                                                             UNITED STATES DISTRICT JUDGE