# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PF LAZOR, | 1:08-cv-00331 OWW DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| v. | |
| MIKE KNOWLES, Warden | [Doc. 4] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 14, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. The thirty day period of time passed and no party filed objections. Therefore, on April 28, 2008, the undersigned adopted the Findings and Recommendation in full and judgment was entered. (Court Docs. 7, 8.) Thereafter, on May 222, 2008, Petitioner filed a motion to vacate the order entering judgment. (Court Doc. 11.) Petitioner indicated that his efforts to send a timely motion for extension of time to file objections was thwarted by prison officials. In the interest of justice, the undersigned vacated the Court's April 28, 2008, order adopting the Findings and Recommendation and entry of judgment, and granted Petitioner thirty (30) days to file objections. (Court Doc. 13.) Over thirty (30) days

1

have passed and Petitioner has failed to file objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued March 14, 2008, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED; and,
3. The Clerk of the Court is DIRECTED to enter judgment. This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   September 11, 2008**              /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE