UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 2 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

PF LAZOR

    Petitioner,

vs.

MIKE KNOWLES

    Respondent,
_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:08-CV-00331 OWW/DLB-HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

_____
_____
_____
_____

__X__ Denied for the following reason:

HABEAS CORPUS IS AN IMPROPER REMEDY FOR ALLEGED CONDITIONS OF CONFINEMENT AND LOSS OF PROPERTY

Dated: 12-23-08

OLIVER W. WANGER
United States District Judge